**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 97-40970
_____

ELVIN BASS,

Plaintiff-Appellant,

VERSUS

OXY-CHEM; BRIGGS-WEAVER COMPANY,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Texas
(G-96-CV-131)
_____

April 13, 1998

Before GARWOOD, DAVIS and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

After reading the briefs and hearing oral argument in this case and reviewing pertinent portions of the record, we agree with the district court that Mr. Bass' working conditions were not so intolerable as to justify a conclusion that he was constructively discharged. Accordingly, the judgment of the district court is affirmed.

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.